FILED
OCT -10 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
    v.                      )
                            )
THREE HUNDRED TWENTY-NINE   )   Cause No. 4:07 CV 01509-CDP
THOUSAND, THREE HUDNRED     )
TWENTY DOLLARS              )
($329,320.00) U.S. CURRENCY )
                            )
         Defendant.         )

## VERIFIED ANSWER AND RENEWED CLAIM BY DARWIN HUGGANS

COMES NOW Claimant Darwin Huggans and states to This Court as his Verified Answer and Renewed Claim as follows:

1. That Claimant Sunday admits the allegations and averments of Paragraphs 1, 4, 5 and 14 of the Complaint;

2. That Claimant Huggans denies the allegations and averments of Paragraphs 2, 3, 6a, 6b and 8 of the Complaint;

3. That Claimant Huggans affirms that the above stated answers are true and correct to his best knowledge and belief.

WHEREFORE, Claimant Darwin Huggans prays that This Court dismiss the Complaint as and against Claimant Darwin Huggans monies at cost of the Government, for return of all of said monies, for appropriate interest thereupon, for attorney's fees and for such other and further relief as This Court may deem meet and proper.

_____
DARWIN HUGGANS

Subscribed and sworn to before me this 27th day of September, 2007.

_____
NOTARY PUBLIC

_____
FABBRI & ZOTOS
NICK A. ZOTOS, EDMO 4774; MBE 27573
Attorney for Claimant
4235 Lindell Boulevard
St. Louis, MO 63108
(314)534-1797; fax (314) 533-1776
fabzot@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____ a copy of this Answer was delivered to Sam Bertolet, Assistant United States Attorney, 111 South 10th Street, St. Louis, Missouri 63102.

_____
NICK A. ZOTOS

2