UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 10 2007
U S DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THREE HUNDRED TWENTY-NINE )<br>THOUSAND, THREE HUDNRED )<br>TWENTY DOLLARS )<br>($329,320.00) U.S. CURRENCY )<br>)<br>Defendant. ) | Cause No. 4:07 CV 01509-CDP |

## CORRELATIVE AND ESPECIAL
## RENEWED CLAIM BY CLAIMANT DARWIN HUGGANS

COMES NOW Claimant Darwin Huggans and states to This Court:

1. That I am the true and innocent owner of the $340,000.00 USD seized from my care, custody and control on April 12, 2007;

2. That I am the same Darwin Huggans who has previously filed a timely and responsive pleading and claim to the Drug Enforcement Agency on May 24, 2007;

3. That this claim is reiterated and made pursuant to Rule G5(a) of the Supplemental Rules For Certain Admiralty and Maritime Claims [Rule G5(a)];

4. That Claimant Darwin Huggans clearly contests the forfeiture pursuant to said Rule G5(a);

5. That the specific property claimed under said Rule G5(a) is $340,000.00 U.S. Currency;

6. That the Claimant under said Rule G5(a) is Darwin Huggans;

7. That the Claimant Darwin Huggans' interest in the property is a personal 100%

interest;

8. That the instant claim is made under penalty of perjury and is verified as true and correct to the best of Claimant's knowledge and belief.

WHEREFORE, Claimant Darwin Huggans prays that This Court dismiss the Complaint as and against Claimant Darwin Huggans' monies at cost of the Government, for return of all of said monies, for appropriate interest thereupon, for attorney's fees and for such other and further relief as This Court may deem meet and proper.

_____
DARWIN HUGGANS

Subscribed and sworn to before me this 27th day of September, 2007.

_____
NOTARY PUBLIC

_____
FABBRI & ZOTOS
NICK A. ZOTOS, EDMO 4774; MBE 27573
Attorney for Claimant
4235 Lindell Boulevard
St. Louis, MO 63108
(314)534-1797; fax (314) 533-1776
fabzot@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____ a copy of this Answer was delivered to Sam Bertolet, Assistant United States Attorney, 111 South 10th Street, St. Louis, Missouri 63102.

_____
NICK A. ZOTOS